JACOB F. OBERLE, Respondent, v. JEREMIAH A. O'LEARY and Another, Appellants.— Order so far as appealed from modified by granting items 3, 11 and 12 of the notice of motion and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

MARJORIE O'CALLAGHAN, Respondent, v. SIDNEY A. HAAS and Another, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

HENRY HORNBLOWER and Others v. MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NATHAN EISENBERG v. DODGE MOTORS NEW YORK, INC., Impleaded with COMMERCIAL CREDIT CORPORATION.— Motion for leave to appeal to the Court of Appeals and for extension of time denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JEANETTE BORENSTEIN v. DAVID BORENSTEIN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM C. VOEHL and Others v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PINCUS HERSCHKOWITZ v. DAVID W. KEEN, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LOUIS ROBBINS v. THE TRAVELERS INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of DANIEL J. ROCK for an Order of Mandamus against PAUL MOSS, Individually and as Commissioner of the Department of Licenses of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of BURLINGTON MILLS COMPANY against CONTINENTAL SILK COMPANY, INC., for an Order Confirming the Award of Arbitrators Herein.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FREDBURN CONSTRUCTION CORPORATION v. STANDARD ACCIDENT INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH S. BLUME & Co., INC., v. PILOT REINSURANCE COMPANY OF NEW YORK. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars